

1:25-cv-00382

Brittany Durkin    30169-510

Please Expedite this case
re: FSAs, My Halfway House placement
is 9/30/25. Full out date is 3/26/26.
Per Alderson.

Thank you.

Please Do Not Send Back - The $5
Dollar filing fee was gone through
My counselor (BP-199) on 6/6/25. you May
have received it already but if Not it's
on its way! It is Being Done through
FPC Alderson from My Account.